**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| BRENDA KATZ, On Behalf of Herself and All Others Similarly Situated, |
| Plaintiff, |
| v. |
| PERSHING, LLC, |
| Defendant. |

Civil Action No. 10-CV-12227 (RGS)

**ASSENTED-TO MOTION TO CONTINUE HEARING**

Defendant Pershing LLC ("Pershing"), by and through undersigned counsel,

hereby requests that the Court continue the hearing on Pershing's Motion to Dismiss

(Dkt. No. 9) and Plaintiff's Motion for Reconsideration (Dkt. No. 14), which is currently

set for May 13, 2011, at 2:00 p.m. in Courtroom 21.  In support of this Motion, Pershing

states as follows:

1.      Counsel for Pershing is unable to be present for the hearing as currently

scheduled, due to a preexisting commitment.

2.      Counsel for Pershing has conferred with the Courtroom Clerk, who

suggested the alternative date of June 3, at 10:00 a.m.

3.      Plaintiff assents to this motion.

WHEREFORE, Pershing respectfully requests that the Court grant its motion and

enter the attached Proposed Order moving the hearing to June 3, 2011, at 10:00 a.m.

Dated:  May 4, 2011

Respectfully submitted,

DEFENDANT PERSHING, LLC,

By Its Attorneys,

*/s/ Scott Harshbarger*

Scott Harshbarger (BBO #224000)
PROSKAUER ROSE LLP
One International Place
Boston, MA  02110-2600
Telephone:  (617) 526-9632
Facsimile:   (617) 526-9899
sharshbarger@proskauer.com

## Certificate Pursuant To Rule 7.1

The undersigned counsel hereby certifies that counsel for Defendant has conferred with counsel for Plaintiff regarding the relief sought by this motion, and that counsel for Plaintiff has assented to this motion.

*/s/ Scott Harshbarger*

Scott Harshbarger

## Certificate of Service

The undersigned hereby certifies that this document was filed through the ECF system on May 4, 2011, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Scott Harshbarger*

Scott Harshbarger

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BRENDA KATZ, On Behalf of Herself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PERSHING, LLC, <br><br> Defendant. | Civil Action No. 10-CV-12227 (RGS) |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION
TO CONTINUE HEARING**

It is hereby ORDERED that the hearing on Defendant Pershing LLC's Motion to

Dismiss (Dkt. No. 9) and Plaintiff's Motion for Reconsideration (Dkt. No. 14) currently

set for May 13, 2011, at 2:00 p.m., is moved to June 3, 2011, at 10:00 a.m.

DATED this _____ day of May, 2011

_____
Richard G. Stearns
United States District Judge