UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRENDA KATZ, On Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v.

PERSHING, LLC,

Defendant.

Civil Action No. 10-CV-12227 (RGS)

## [PROPOSED] ORDER GRANTING ASSENTED-TO MOTION TO CONTINUE HEARING

It is hereby ORDERED that the hearing on Defendant Pershing LLC's Motion to Dismiss (Dkt. No. 9) and Plaintiff's Motion for Reconsideration (Dkt. No. 14) currently set for May 13, 2011, at 2:00 p.m., is moved to June 3, 2011, at 10:00 a.m.

DATED this _____ day of May, 2011

_____
Richard G. Stearns
United States District Judge